COM.

v.

**WOODALL, E.**

**110 WDA 2017**

Superior Court of Pennsylvania.

07/20/2017

Reargument 9/7/2017

CP–02–CR–0008320–1996
(Allegheny)

Affirmed

COM.

v.

**RANGER, O.**

**147 WDA 2017**

Superior Court of Pennsylvania.

07/20/2017

CP–07–CR–0002382–2015 (Blair)

Affirmed

COM.

v.

**LUCAS, J.**

**148 WDA 2017**

Superior Court of Pennsylvania.

07/20/2017

CP–25–CR–0003431–2015 (Erie)

Affirmed

COM.

v.

**DUMAS, W.**

**929 EDA 2016**

Superior Court of Pennsylvania.

07/21/2017

CP–51–CR–0014535–2011 (Philadelphia)

Vacated/Remanded

COM.

v.

**PENA, E.**

**1452 EDA 2016**

Superior Court of Pennsylvania.

07/21/2017

MC–51–CR–0013593–2015 (Philadelphia)

Affirmed